Minute Order Form (06/97)  02 GJ 1319

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|---|
| **CASE NUMBER** | 02 CR 944 | | **DATE** | NOVEMBER 14, 2002 |
| **CASE TITLE** | US V. TIJUANA LEONARD, GENELL LONIE, ROBIN HATCHETT, SHIKILA BLOUNT, BELINDA JOHNSON, SABRINA JUNIOR and KEISHA BIBBS | | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the SPECIAL FEBRUARY 2002-2 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _[signature]_

F I L E D
NOV 14 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKET ENTRY:**

NO BOND SET; DETAINED BY MAGISTRATE AS TO TIJUANA LEONARD. NO BOND SET; DETAINED BY MAGISTRATE IN 02 CR 945 AS TO GENELL LONIE. NO BOND SET; DETAINED BY MAGISTRATE IN 02 CR 946 AS TO ROBIN HATCHETT. NO BOND SET; DETAINED BY MAGISTRATE IN 02 CR 947 AS TO SHIKILA BLOUNT. NO BOND SET; DETAINED BY MAGISTRATE IN 02 CR 948 AS TO BELINDA JOHNSON. TO SET PRELIMINARY BAIL AT $100000.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO SABRINA JUNIOR AND KEISHA BIBBS.

granted. Enter order.

SPECIAL FEBRUARY 2002-2          JUDGE CHAPUR

Grand Jury for the _____ Session,

By: _[signature]_ Foreman.

SIGNATURE OF CHIEF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | .. | NOV 19 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |