UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA      CAUSE NO: 02 CR 944
-v-      JUDGE: SHADUR
(D1) Tijuana Leonard, (D2) Genell Lonie, (D3) Robin Hatchett,
(D4), Shikila Blount, (D5) Belinda Johnson, (D6) Sabrina Junior, (D7) Keisha Bibbs

## NOTICE OF ARRAIGNMENT AND PLEA

The above-entitled cause has been set for arraignment and plea on Monday, December 2, 2002 at 1:15 p.m.. in courtroom 2303 at the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago Illinois before the Honorable Judge Milton I. Shadur.

BOND has been set at

You must call the United States Pretrial Services Office at (312)435-5793, as soon as you receive this notice to schedule an interview with them before you appear in court. You will be asked to provide the Pretrial Services Office with background information which will be given to the court to assist in setting the conditions of your release. The Pretrial Services Office is located in Room 15100 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604.

## CERTIFICATE OF MAILING

I hereby certify that copies of this notice of arraignment and plea were mailed to:

DEFENDANT #1      DEFENDANT'S ATTORNEY
Name: Tijuana Leonard      Name: Daniel Hesler
Address: In Custdoy      Address: Federal Defender Program
City, State:      City, State:
    Phone: (312) 621-8347

AUSA: JEFFERY H. CRAMER

**Copies of this notice delivered to:**

x\_\_Judge's courtroom deputy      x\_\_Assistant U.S. Attorney
\_\_Magistrate Judge's courtroom deputy      x\_\_Pretrial Service Office
x\_\_Attorney Admission Co-ordinator

by: Marsha E. Glenn, U.S. Deputy Clerk      date: 11/18/02

FILED NOV 18 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DOCKETED NOV 19 2002

(ARRAIGNMENT AND PLEA CONTINUATION SHEET)

DEFENDANT #2
Name: Genell Lonie
Address: In Custody
City, State:

DEFENDANT'S ATTORNEY
Name: Susan Shatz
Address: 542 S. Dearborn St., 750
City, State: Chicago, IL 60605
Phone: (312) 697-0022

DEFENDANT #3
Name: Robin Hatchett
Address: In Custody
City, State:

DEFENDANT'S ATTORNEY
Name: James Young
Address: 53 W. Jackson Blvd, 905
City, State: Chicago, IL 60604
Phone: (312) 461-0374

DEFENDANT #4
Name: Shikila Blount
Address: In Custody
City, State:

DEFENDANT'S ATTORNEY
Name: Kenyatta Tatum
Address: 200 S. Michigan Ave., 1240
City, State: Chicago, IL 60604
Phone: (312) 663-2555

DEFENDANT #5
Name: Belinda Johnson
Address: In Custody
City, State:

DEFENDANT'S ATTORNEY
Name: Ellen Domph
Address: 55 W. Jackson Blvd., Ste. 1575
City, State: Chicago, IL 60604
Phone: (312) 427-1788

DEFENDANT #6
Name: Sabrina Junior
Address: 6217 S. Kenwood
City, State: Chicago, IL 60637

DEFENDANT'S ATTORNEY
Name: Unknown
Address:
City, State:
Phone:

DEFENDANT #7
Name: Keisha Bibbs
Address: 819 W. 54th Street
City, State: Chicago, IL 60609

DEFENDANT'S ATTORNEY
Name: Unknown
Address:
City, State:
Phone: